UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BROWN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:06CV1508 CDP |
| ) | |
| JOSEPH L. JOHNSON, an individual, ) | |
| d/b/a J&R BRICKLAYING ) | |
| ) | |
| Defendant. ) | |

## **DEFAULT JUDGMENT**

As discussed in the Memorandum and Order this same day,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs shall have judgment by default against defendants in the amount of $17,501.35, representing delinquent fringe benefit contributions, interest and liquidated damages, and amounts owed for plaintiffs' legal fees and costs.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2007.